Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL and LOUISA BISSETTE,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, DAVID WENDT, BEAVERHEAD COUNTY, and DOES 1-10,<br><br>Defendants. | CV-23-34-BU-DWM<br><br><br><br>**STIPULATED FACTS** |

The parties jointly submit the following stipulated facts pursuant to L.R. 16.2; Fed. R. Civ. P. 1, 16, 26; and the Court's September 22, 2023 Order (Doc. 13):

1. Defendants Paul Burt and Ted Caldwell are citizens of the State of Utah who own Flying J Ranch, LLP, a Montana limited liability partnership.

2. Defendant David Wendt is a citizen of the State of Montana and the current Sheriff of Beaverhead County. At all times relevant to the issues set forth in this Complaint Wendt was a Sheriff's Deputy of Beaverhead County.

3. Defendant Beaverhead County is a political subdivision of the State of Montana.

4. Flying J Ranch, LLP, filed a civil action against Hill on December 4, 2018, for, among other things, violating restrictive covenants by operating a commercial growth facility on his property.

5. Wendt applied for a search warrant on April 20, 2020, which was granted on the same day.

6. Deputies Wendt, Haggard, Bowman, and Stewart executed the search warrant on April 20, 2020.

7. On September 11, 2020, Hill and Bissette were charged separately with felony criminal production or manufacture of dangerous drugs in violation of MCA §45-9-110; criminal possession with intent to distribute in violation of MCA §45-9-110; and criminal possession of dangerous drugs in violation of MCA §45-9-102.

8. The criminal cases against Hill and Bissette were both dismissed without prejudice in the beginning of February 2022.

Dated this 26th day of October, 2023.

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM

/s/Mitch Young
MONTANA COUNTIES

/s/Marisa Heiling
GARLINGTON LOHN & ROBINSON

/s/ Peter B. Ivins
WILLIAMS LAW FIRM