Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net
    *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL and LOUISA BISSETTE<br><br>    Plaintiffs,<br><br>vs.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, BEAVERHEAD COUNTY, and DOES 1-10,<br><br>    Defendants. | CV 23-34-BU-DWM<br><br>**NOTICE OF STIPULATED DISMISSAL OF PLAINTIFF LOUISA BISSETTE** |

Pursuant FRCP 41(a)(1)(A)(ii), Parties here now stipulate to the dismissal with prejudice of Plaintiff Louisa Bissette from this lawsuit.

Dated this 17th day of April, 2023.

/s/Timothy M. Bechtold
Attorney for Plaintiff


/s/Jason Collins
Attorney for Defendant Wendt


/s/Peter Ivens
Attorney for Flying J Defendants