Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net
    *Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL and LOUISA BISSETTE<br><br>    Plaintiffs,<br><br>vs.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, BEAVERHEAD COUNTY, and DOES 1-10,<br><br>    Defendants. | CV 23-34-BU-DWM<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL** |

Plaintiff Chad Hill now provides notice that Timothy Bechtold is withdrawing as counsel of record for Plaintiff in this matter. Plaintiff Chad Hill will proceed pro se.

Contact information for Chad Hill is as follows:

Address: PO Box 240080 Dell MT 59724

Telephone: 208-331-7036

Email: chad@idahofishingoutfitters.com

Dated this 16th day of April, 2023.

/s/Timothy M. Bechtold
Attorney for Plaintiff

_____
Chad Hill