IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL and LOUISA BISSETTE,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL BURT, TED CALDWELL, FLYING J, RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10,<br><br>Defendants. | CV 23–34–BU–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal with prejudice of Plaintiff Louisa Bissette pursuant to Rule 41(a)(1)(A)(ii), (Doc. 33),

IT IS ORDERED that Plaintiff Louisa Bissette is DISMISSED WITH PREJUDICE.

DATED this 22nd day of April, 2024.

_____
Donald W. Molloy, District Judge
United States District Court