IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL, | CV 23–34–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| PAUL BURT, TED CALDWELL, FLYING J, RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10, | |
| Defendants. | |

Plaintiff Chad Burton Hill, having provided written consent to Timothy Bechtold's withdrawal as counsel of record pursuant to Local Rule 83.3(b)(2), (Doc. 34),

IT IS ORDERED that Timothy Bechtold is WITHDRAWN as counsel of record. The Clerk shall terminate electronic service on Mr. Bechtold and Mr. Hill will proceed pro se.

DATED this 22nd day of April, 2024.

_____
Donald W. Molloy, District Judge
United States District Court