UNITED STATES DISTRICT COURT



*DISTRICT OF MONTANA*

Date:  April 22, 2024

Re:  CV 23-34-BU-DWM
      HILL v. BURT, et al.

### PRO SE FILING INFORMATION

    Attached you will find a copy of the Court's docket sheet for your case.  Please put the **cause number** and the **correct division** on all documents you submit to the Court regarding this case.  Your case is venued in Butte.  Please address all of your mail to the Clerk of Court at 201 E Broadway Street, Missoula, MT 59802.  All paper documents are scanned and filed electronically.  Those documents are then destroyed.  If you would like your paper documents returned, you must submit a self-addressed stamped envelope with each filing.

    **Form of Submitted Documents:**  All documents you submit to the Court should be in the form of a pleading, notice, motion, or brief.  Letters to the presiding judge are not authorized by the governing rules and should not be sent.  Any letters or documents addressed directly to the judge or other court staff other than the Clerk of Court are not part of the record and will not be considered for any purpose.

    **Privacy Protection:**  Federal Rule of Civil Procedure 5.2 prohibits litigants in non-habeas proceedings from submitting documents to the Court which contain certain personal information.  We ask, but do not require, that habeas litigants follow these rules as well.  To follow these rules,

- social security numbers, taxpayer identification numbers, and financial account numbers must include only the last four digits (e.g. xxx-xx-5271, xx-xxx5271, xxxxxxxx3567);

- birth dates must include only the year of birth (e.g. xx/xx/2001); and

- names of persons under the age of 18 must include only initials (e.g. L.K.).

If your documents (including motions and exhibits) contain any of the above listed information, you must black that information out before sending those documents to the Court in a non-habeas action.

<u>You are responsible for protecting the privacy of this information</u> in a non-habeas case. Privacy protection rules do not apply to copies of records you have obtained from courts or administrative agencies.

**Inquiries to Clerk of Court:**  No one at the Court is permitted to give you legal advice. The Clerk of Court does not have the authority to take any action with respect to your case unless a judge or rule authorizes the Clerk to do so.

**Change of Address:**  You must immediately inform the Clerk of Court of any change in your address.  Failure to do so may result in dismissal of your case without notice to you.

**Copy Costs:**  Copies of documents in your file cannot be provided to you by the Clerk's Office without a charge of $0.10 per page which must be pre-paid at the time that you make your request.  Therefore, you should always keep a copy, for your own records, of all documents that you sent to the Court or to the Clerk's Office.

## NOTICE REGARDING ELECTRONIC FILING

As of November 7, 2005, the United States District Court for the District of Montana uses an electronic filing system.  All documents that you send to the Court for filing will be scanned and filed in electronic form. (A scanner takes a picture of the document and makes it into an electronic file so that the document can be viewed on a computer screen, saved on a computer hard drive, or printed.)  The electronic version of your document is the Court's official record of that document.  The electronic version is identical to the original paper document and no one can alter the document.  After scanning, the paper documents the Court receives from you will be discarded.

To ensure that your documents are legible in electronic form:

- Use white, unlined paper only;
- Type your documents or hand write in ink, not pencil;
- Do not use highlighters of any kind;
- Do not staple or otherwise bind the pages of a document together, though you may paper-clip or clamp pages together if you are submitting more than one document for filing;
- Submit only one original document.  Copies are no longer required for the federal court; and
- Do not submit ANY double-sided pages.  PLEASE CHECK YOUR MATERIALS CAREFULLY and replace any double-sided pages with two single-sided copies.  Please be aware that orders of the Montana Supreme Court

are frequently printed on both sides of the page.

If the Court is unable to make a legible electronic version of your document, you will be given an opportunity to correct the problem.

Some documents, including orders by judges, are created and filed directly in electronic form and do not need to be scanned. While you will receive a paper copy of any such documents, you should be aware that such documents may be signed with "/s/" followed by the printed name of the signer. That form of signature is a legal and valid signature that is fully recognized and accepted by the Court. Because your documents will be scanned, you should always sign your documents in the conventional manner.

You will receive by mail from the Court a paper copy of any order that is issued in the case. You will receive by mail from other parties a paper copy of any document that party files with the Court. Alternatively, you may register to file your documents electronically in CM/ECF and receive and view via e-mail everything that is filed in your case by you, the judge, and any other parties in your case by completing the attached form and following the directions provided on that form. By registering for electronic filing, you waive your right to receive service of documents by first class mail. The Clerk of Court reserves the right to revoke or suspend the electronic filing privilege of any electronic filer who fails to comply with the Federal Rules of Civil Procedure, Local Rules, and the Guide to Electronic Filing. Please refer to the court's website for more information on this process.

If you want to file your documents in person or via the mail, you may still consent to receive the documents filed in your case via e-mail. To do so, complete and return the attached "Consent to Electronic Service" form (which can also be found on the court's website) to the Clerk of United States District Court, District of Montana. By consenting to electronic service, you waive your right to receive service of documents by first class mail.



# U.S. DISTRICT COURT
## District of Montana
Pro Se Registration Form
**For the Electronic Case Filing System (CM/ECF)**
Please complete a form for *each case* you have before the Court.
*All fields are required.*

_____ Please register me to **file documents** electronically** and **receive service** of documents and notice of electronic filings sent to my email* via the Court's electronic filing system (CM/ECF). By signing this agreement you waive your ability to file your documents in paper form over the counter or through the mail.

Name: _____                                  Case No: _____

E-mail Address: _____                          Phone no: _____

Address: _____

_____                                          _____
Signature (Type an "/s/" and your name, or print and sign)                Date signed

* By registering for electronic service, you waive your right to receive service of documents by first class mail. *See* Federal Rule Civil Procedure 5(b)(2)(E). Instead, you will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records). PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee. It is required that you establish a **PACER - Case Search Only** account, by visiting the PACER website.

**By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the Federal Rules of Civil Procedure, Local Rules, and the Guide to Electronic Filing. The Clerk of Court reserves the right to revoke or suspend the electronic filing privilege of any electronic filer who varies from these procedures.

**Email this Form: Save a copy** of this form to your computer and then send it as an attachment to:
**mtd_registration@mtd.uscourts.gov**

**PACER Registration:** You are also required to request CM/ECF access via pacer.gov. Visit the PACER site and review the Non-attorney Filers for CM/ECF instructions for guidance. You will receive email confirmation of your registration when it is processed.
For assistance, please contact the **CM/ECF Help Desk at (866)463-4052**

4

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>                Plaintiff,<br><br>vs.<br><br>PAUL BURT, TED CALDWELL, FLYING J. RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10,<br><br>                Defendants. | Case Number: *CV 23-34-BU-DWM*<br><br>CONSENT TO ELECTRONIC SERVICE<br><br>NON-SOCIAL SECURITY CASES ONLY |

Pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure, I hereby voluntarily consent to having future documents filed in my case sent to me by electronic means. I understand that by so consenting, service will be complete upon transmission. I further understand that I must continue to file all my documents conventionally. If I wish to discontinue receiving document by electronic means, I must notify the court in writing of my desire to receive documents conventionally.

_____        _____
    DATE                                                             SIGNATURE

                                                                 _____
                                                                 PRINTED/TYPED NAME

                                                                 _____
                                                                 E-MAIL ADDRESS

**Note: Receipt of electronic service is not available to pro se litigants in social security actions. Special restrictions apply to these cases.**

INFORMATION REGARDING ELECTRONIC ACCESS TO DOCUMENTS

▸ Public viewing of documents maintained on Court's Case Management/ Electronic Case Filing (CM/ECF) system is done through PACER (public access to court electronic record). PACER is an electronic public access service that allows users to obtain case and docket information from federal appellate, district and bankruptcy courts, and the PACER Case Locator via the Internet.

▸ When a document is filed electronically in your case, the CM/ECF system automatically generates a Notice of Electronic Filing or NEF. The NEF will appear in your e-mail in-box from sender MT_CMECF and the subject line will be "Activity in Case" followed by the case number and case name, e.g., Activity in Case 4:08-cv-8000, Jones vs. James. **Do not delete these e-mails without reviewing them first.**

▸ It is recommended that Adobe PDF Reader be used for your default viewer. This application is free and may be downloaded from Adobe's webpage. The reader will allow you to view a pdf independently or through your email provider. This includes viewing pdfs via your mobile device.

▸ If you receive an NEF e-mail, **single click** on the document number to download it. You are only allowed ONE free download of each document. Therefore, if you double click on the document number, PACER will not allow free access. If you want to keep a permanent record of these documents you should save the downloaded document onto your computer. If you do not save the document you will not be allowed to view it again for free.

▸ The NEF must be viewed within 15 days of delivery to avoid PACER fees.

▸ In order to view documents on PACER after your one free viewing, you must register for a PACER account and pay a fee. Instructions for registering for a PACER account can be found on www.pacer.uscourts.gov.

▸ Although most documents are filed and stored electronically, in some instances voluminous filings provided to the court in hard copy are not converted to electronic form because it is not practical to do so. In those instances, the voluminous documents are maintained in hard copy in the clerk's office. Such documents are available for inspection for free at the clerk's office, and copies may be ordered at $0.50 per page.

▸ Pro se filers in social security action are not eligible to receive electronic service. Special restrictions apply to these cases.