Jason M. Collins
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jmcollins@garlington.com

Attorneys for Defendant Sheriff David Wendt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL AND LOUIZA BISSETTE,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10,<br><br>Defendants. | CV-23-34-BU-DWM<br><br>NOTICE OF WITHDRAWAL OF RYAN W. FRANK |

PLEASE TAKE NOTICE that Ryan W. Frank will no longer be practicing law with the firm of Garlington, Lohn & Robinson, PLLP.  Accordingly, he will

not continue to represent Sheriff David Wendt ("Defendant Wendt") in this matter. However, the law firm of Garlington, Lohn & Robinson, PLLP will continue to represent Defendant Wendt in this matter.

All notices, papers, and documents should continue to be served at the address below:

>Jason M. Collins
>GARLINGTON, LOHN & ROBINSON, PLLP
>350 Ryman Street • P. O. Box 7909
>Missoula, MT  59807-7909
>Phone (406) 523-2500
>Fax (406) 523-2595
>jmcollins@garlington.com

DATED this ___24th___ day of April, 2024.

>/s/  Jason M. Collins
>Attorneys for Defendant Sheriff David Wendt