| | |
|---|---|
| **From:** | Timothy Bechtold |
| **To:** | Peter Ivins; Jason M. Collins |
| **Cc:** | Nick Pagnotta |
| **Subject:** | [EXTERNAL] RE: Hill discovery |
| **Date:** | Tuesday, April 16, 2024 4:26:24 PM |

**This Message originated outside your organization.**

Counsel

I am going to withdraw as counsel for Plaintiffs in Hill v Burt.

Louisa Bissette wishes to be dismissed from the case, and Chad Hill wishes to proceed pro se with the litigation.

Please let me now if you are OK with Ms. Bissette being dismissed from the case. If so, I will dismiss her then file the Notice of Withdrawal.

Thanks

Tim

**Timothy Bechtold**

**Bechtold Law Firm PLLC**

**406-721-1435**

Exhibit A - 1