Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL and LOUISA BISSETTE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, DAVID WENDT, BEAVERHEAD COUNTY, and DOES 1-10,<br><br>　　　　　Defendants. | CV-23-34-BU-DWM<br><br><br><br><br>**PLAINTIFFS' INITIAL DISCLOSURE** |

### I.　INDIVIDUALS WITH DISCOVERABLE INFORMATION WHOM PLAINTIFFS MAY USE TO SUPPORT THEIR CLAIMS

1. Chad Hill, plaintiff

2. Louisa Bissette, plaintiff

3. Paul Burt, defendant

4. Ted Caldwell, defendant

5. David Wendt, defendant

6. Deputy Haggard, Beaverhead County Sheriff's Department

7. Deputy Bowman, Beaverhead County Sheriff's Department

8. Deputy Stewart, Beaverhead County Sheriff's Department

9. Angie Dansie, Blue Ribbon Botanicals

10. Bill Briggs, Wendt's business partner

11. Mike Lilly, mediator of Flying J lawsuit

12. Lee Salmonson, tenant at Dell property

13. Joe Richard, previous owner of Dell property

14. Rich Bowman and Cindy Bowman, neighbors of Dell property

15. Linda Cochran, neighbor of Dell property

16. Devin Keller, Montana MMP

17. Richard Reyes, electrician

II. **DESCRIPTION OF DOCUMENTS AND TANGIBLE THINGS IN PLAINTIFFS' POSSESSION THAT THEY MAY USE TO SUPPORT THEIR CLAIMS**

Plaintiffs' business records.

III. **COMPUTATION OF DAMAGES**

Damages have not yet been completely assessed, but include loss of income, loss of opportunity, and emotional distress.

IV. **INSURANCE AGREEMENTS**

Plaintiffs believe MACo and Flying J Defendants have applicable insurance coverage.

Dated this 8th day of March, 2024.

/s/Timothy M. Bechtold
BECHTOLD LAW FIRM

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing on March 8, 2024 via email attachment upon the following:

Marisa L. Heiling
Jason M. Collins
GARLINGTON, LOHN & ROBINSON, PLLP
P.O. Box 7909
Missoula, MT 59807-7909
mlheiling@garlington.com
jmcollins@garlington.com
*Attorneys for Sheriff David Wendt*

Nicholas J. Pagnotta, Esq.
Peter B. Ivins, Esq.
Williams Law Firm, P.C.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350
nick@wmslaw.com
peter@wmslaw.com
wlfmail@wmslaw.com
*Attorneys for Paul Burt, Ted Caldwell,
          and Flying J Ranch, LLP*

s/ Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC