Williams Law Firm, P.C.
Nicholas J. Pagnotta, Esq.
Peter B. Ivins, Esq.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350
nick@wmslaw.com
peter@wmslaw.com
wlfmail@wmslaw.com
*Attorneys for Paul Burt, Ted Caldwell,
and Flying J Ranch, LLP*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL and LOUIZA BISSETTE,<br><br>Plaintiffs,<br><br>-vs-<br><br>DAVID WENDT, PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY, and DOES 1-10,<br><br>Defendants. | CV-23-34-DWM<br><br>AMENDED<br>NOTICE OF DEPOSITION<br>(CHAD HILL) |

TO:   ALL PARTIES

NOTICE IS HEREBY GIVEN TO YOU AND EACH OF YOU that pursuant to the Federal Rules of Civil Procedure, the Defendants herein, Paul Burt, Ted Caldwell, and Flying J Ranch, LLP, will take the deposition of Plaintiff Chad

Hill on Tuesday, April 23, 2024, at 9:30 A.M., at the offices of Nordhagen Court Reporting, 1734 Harrison Avenue, Butte, Montana, before a duly appointed Court Reporter and Notary Public for the State of Montana.

Defendants request the exclusion of all witnesses from this deposition, except for the deponent giving testimony and the parties to the action. If any party has any objection to this request for exclusion, please notify counsel of record immediately so this issue can be submitted to the Court for timely resolution. You are invited to attend and examine.

DATED this __2__ day of __April__, 2024.

                                        */s/* Peter B. Ivins
                              Nicholas J. Pagnotta
                              Peter B. Ivins
                              *Attorneys for Defendants Paul Burt,*
                              *Ted Caldwell, and Flying J Ranch, LLP*

//

## CERTIFICATE OF SERVICE

      I hereby certify that on the  2   day of   April   , 2024, a copy of the foregoing was served upon the following by CM/ECF, U.S. Mail, Express Mail, E-Mail, Hand-Delivery, Fax, or Federal Express:

| | |
|---|---|
| Timothy M. Bechtold<br>BECHTOLD LAW FIRM, PLLC<br>P.O. Box 7051<br>Missoula, MT 59807<br>tim@bechtoldlaw.net<br>*Attorneys for Plaintiffs* | [  ] U.S. Mail<br>[ X ] E-Mail<br>[  ] Hand-Delivery<br>[  ] Fax<br>[  ] Federal Express |
| Jason M. Collins<br>Ryan W. Frank<br>GARLINGTON, LONH & ROBINSON, PLLP<br>350 Ryman Street<br>P.O. Box 7909<br>Missoula, MT 59807-7909<br>(406) 523-2500<br>Fax: (406) 523-2595<br>jmcollins@garlington.com<br>rwfrank@garlington.com<br>*Attorneys for Defendant Sheriff David Wendt*<br>*Attorneys for Sheriff David Wendt* | [  ] U.S. Mail<br>[ X ] E-Mail<br>[  ] Hand-Delivery<br>[  ] Fax<br>[  ] Federal Express |
| Nordhagen Court Reporting<br>qa@mtqa.net | [  ] U.S. Mail<br>[ X ] E-Mail<br>[  ] Hand-Delivery<br>[  ] Fax<br>[  ] Federal Express |

                                          _____*/s/ Hilde Creek*_____
                                                  Hilde Creek, CP
                                                  Paralegal

Williams Law Firm, P.C.
Nicholas J. Pagnotta, Esq.
Peter B. Ivins, Esq.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350
nick@wmslaw.com
peter@wmslaw.com
wlfmail@wmslaw.com
*Attorneys for Paul Burt, Ted Caldwell,*
*and Flying J Ranch, LLP*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL and LOUIZA BISSETTE,<br><br>Plaintiffs,<br><br>-vs-<br><br>DAVID WENDT, PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY, and DOES 1-10,<br><br>Defendants. | CV-23-34-DWM<br><br>AMENDED<br>NOTICE OF DEPOSITION<br>(LOUIZA BISSETTE) |

TO:   ALL PARTIES

NOTICE IS HEREBY GIVEN TO YOU AND EACH OF YOU that

pursuant to the Federal Rules of Civil Procedure, the Defendants herein, Paul Burt,

Ted Caldwell, and Flying J Ranch, LLP, will take the deposition of Plaintiff

Louiza Bissette on Wednesday, April 24, 2024, at 9:00 A.M., at the offices of Nordhagen Court Reporting, 1734 Harrison Avenue, Butte, Montana, before a duly appointed Court Reporter and Notary Public for the State of Montana.

Defendants request the exclusion of all witnesses from this deposition, except for the deponent giving testimony and the parties to the action. If any party has any objection to this request for exclusion, please notify counsel of record immediately so this issue can be submitted to the Court for timely resolution. You are invited to attend and examine.

DATED this __2__ day of __April__, 2024.

                                    /s/ Peter B. Ivins
                                Nicholas J. Pagnotta
                                Peter B. Ivins
                                *Attorneys for Defendants Paul Burt,*
                                *Ted Caldwell, and Flying J Ranch, LLP*

//

## CERTIFICATE OF SERVICE

      I hereby certify that on the  2  day of   April   , 2024, a copy of the foregoing was served upon the following by CM/ECF, U.S. Mail, Express Mail, E-Mail, Hand-Delivery, Fax, or Federal Express:

| | |
|---|---|
| Timothy M. Bechtold<br>BECHTOLD LAW FIRM, PLLC<br>P.O. Box 7051<br>Missoula, MT 59807<br>tim@bechtoldlaw.net<br>*Attorneys for Plaintiffs* | [  ] U.S. Mail<br>[ X ] E-Mail<br>[  ] Hand-Delivery<br>[  ] Fax<br>[  ] Federal Express |
| Jason M. Collins<br>Ryan W. Frank<br>GARLINGTON, LONH & ROBINSON, PLLP<br>350 Ryman Street<br>P.O. Box 7909<br>Missoula, MT 59807-7909<br>(406) 523-2500<br>Fax: (406) 523-2595<br>jmcollins@garlington.com<br>rwfrank@garlington.com<br>*Attorneys for Defendant Sheriff David Wendt*<br>*Attorneys for Sheriff David Wendt* | [  ] U.S. Mail<br>[ X ] E-Mail<br>[  ] Hand-Delivery<br>[  ] Fax<br>[  ] Federal Express |
| Nordhagen Court Reporting<br>qa@mtqa.net | [  ] U.S. Mail<br>[ X ] E-Mail<br>[  ] Hand-Delivery<br>[  ] Fax<br>[  ] Federal Express |

                                      */s/ Hilde Creek*
                                       Hilde Creek, CP
                                       Paralegal