| | |
|---|---|
| From: | Timothy Bechtold |
| To: | Jason M. Collins; Peter Ivins; Hilde Creek; Ryan W. Frank; Jeffries Court Reporting |
| Cc: | Elizabeth M. Quist |
| Subject: | RE: Hill v Wendt - Notices of Deposition |
| Date: | Monday, April 1, 2024 4:58:50 PM |

Ok, sounds good.

**Timothy Bechtold**
**Bechtold Law Firm PLLC**
**406-721-1435**

**From:** Jason M. Collins <jmcollins@GARLINGTON.COM>
**Sent:** Monday, April 1, 2024 4:58 PM
**To:** Timothy Bechtold <tim@bechtoldlaw.net>; Peter Ivins <peter@wmslaw.com>; Hilde Creek <hilde@wmslaw.com>; Ryan W. Frank <rwfrank@GARLINGTON.COM>; Jeffries Court Reporting <jcrcourt@montana.com>
**Cc:** Elizabeth M. Quist <emquist@GARLINGTON.COM>
**Subject:** RE: Hill v Wendt - Notices of Deposition

Hi Tim,

I don't see how we get them both done the same day for the range of claims.  We will plan on Butte, then.

**From:** Timothy Bechtold <tim@bechtoldlaw.net>
**Sent:** Monday, April 1, 2024 4:51 PM
**To:** Peter Ivins <peter@wmslaw.com>; Hilde Creek <hilde@wmslaw.com>; Jason M. Collins <jmcollins@GARLINGTON.COM>; Ryan W. Frank <rwfrank@GARLINGTON.COM>; Jeffries Court Reporting <jcrcourt@montana.com>
**Subject:** [EXTERNAL] RE: Hill v Wendt - Notices of Deposition

**This Message originated outside your organization.**

They are still willing to come to Missoula for one day, but not two.
If you want them on separate days, it will have to be Butte.

**Timothy Bechtold**
**Bechtold Law Firm PLLC**
**406-721-1435**

**From:** Peter Ivins <peter@wmslaw.com>
**Sent:** Wednesday, March 27, 2024 12:36 PM
**To:** Timothy Bechtold <tim@bechtoldlaw.net>; Hilde Creek <hilde@wmslaw.com>; jmcollins@garlington.com; rwfrank@garlington.com; Jeffries Court Reporting

EXHIBIT C - PAGE 1

<jcrcourt@montana.com>
**Subject:** RE: Hill v Wendt - Notices of Deposition

Thanks Tim. Our preference would be Missoula, where Judge Molloy is. At the least I think they will have to travel to Butte, as this was filed in the Butte division.

Peter B. Ivins
Williams Law Firm, PC
(406) 721-4350

---

**From:** Timothy Bechtold <tim@bechtoldlaw.net>
**Sent:** Wednesday, March 27, 2024 12:28 PM
**To:** Peter Ivins <peter@wmslaw.com>; Hilde Creek <hilde@wmslaw.com>; jmcollins@garlington.com; rwfrank@garlington.com; Jeffries Court Reporting <jcrcourt@montana.com>
**Subject:** RE: Hill v Wendt - Notices of Deposition

They were willing to come to Missoula for one day, not two.
So we might be goin' to Dillon.
I will see if they will go to Butte.


**Timothy Bechtold**
**Bechtold Law Firm PLLC**
**406-721-1435**

---

**From:** Peter Ivins <peter@wmslaw.com>
**Sent:** Wednesday, March 27, 2024 12:05 PM
**To:** Timothy Bechtold <tim@bechtoldlaw.net>; Hilde Creek <hilde@wmslaw.com>; jmcollins@garlington.com; rwfrank@garlington.com; Jeffries Court Reporting <jcrcourt@montana.com>
**Subject:** RE: Hill v Wendt - Notices of Deposition

Jason and I discussed if that was possible. He estimates needing 3 hours with each of the plaintiffs, and I estimate needing about 3 with Mr. Hill, but likely less with Ms. Bissette. While there are a few facts similar to the claims against the defendants, there are differences that will likely require different questions regarding the distinct claims. Let us know if you want to discuss.

Peter B. Ivins
Williams Law Firm, PC
(406) 721-4350

---

**From:** Timothy Bechtold <tim@bechtoldlaw.net>

EXHIBIT C - PAGE 2

**Sent:** Wednesday, March 27, 2024 11:39 AM
**To:** Hilde Creek <hilde@wmslaw.com>; jmcollins@garlington.com; rwfrank@garlington.com; Jeffries Court Reporting <jcrcourt@montana.com>
**Cc:** Peter Ivins <peter@wmslaw.com>
**Subject:** RE: Hill v Wendt - Notices of Deposition

Can you do these on the same day?

**Timothy Bechtold**
**Bechtold Law Firm PLLC**
406-721-1435

---

**From:** Hilde Creek <hilde@wmslaw.com>
**Sent:** Wednesday, March 27, 2024 11:35 AM
**To:** Timothy Bechtold <tim@bechtoldlaw.net>; jmcollins@garlington.com; rwfrank@garlington.com; Jeffries Court Reporting <jcrcourt@montana.com>
**Cc:** Peter Ivins <peter@wmslaw.com>; Hilde Creek <hilde@wmslaw.com>
**Subject:** Hill v Wendt - Notices of Deposition

Please see attached. Thank you.

*Hilde*

Hilde Creek, CP
Paralegal to Peter B. Ivins
Williams Law Firm, PC
235 East Pine, PO Box 9440
Missoula, MT 59807
406-721-4350
406-721-6037 (fax)

CONFIDENTIALITY NOTICE: The contents of this e-mail are confidential, may be legally privileged attorney-client communication and are intended only for the use of the person or company named as the recipient herein. If you are not the intended recipient of this e-mail or an authorized person responsible for delivering it to the intended recipient, you are hereby notified that any distribution, copying or dissemination of the information herein is strictly prohibited. If you have received this e-mail in error, please contact us immediately and then delete the e-mail from your computer system.

EXHIBIT C - PAGE 3