# DECLARATION OF SERVICE

| Case:<br>CV-23-34-DWM | Court:<br>The United States District Court for the District of Montana Butte Division | County: | Job:<br>10985719 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Chad Burton Hill | | Defendant / Respondent:<br>David Wendt, Paul Burt, Ted Caldwell, Flying J. Ranch, LLP, Beaverhead County, et. al. | |
| Received by:<br>Williams Investigations | | For:<br>Williams Law Firm | |
| To be served upon:<br>Louisa Bissette | | | |

I, Dale Forbes, state that: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct. Declaration signed in Butte, MT.

**Recipient Name / Address:** Louisa Bissette, Home: 77 Kezia Lane, Dell, MT 59724

**Manner of Service:** Personal/Individual, May 6, 2024, 12:05 pm MDT

**Documents:** 240502 Deposition Subpoena to Bissette.pdf, Second Amended Notice of Deposistion

## Additional Comments:

1) Successful Attempt: May 6, 2024, 12:05 pm MDT at Home: 77 Kezia Lane, Dell, MT 59724 received by Louisa Bissette.

**Fees:** $338.10

*(signature)* Dale Forbes   05/08/2024

Dale Forbes
32089

Williams Investigations
4185 N Montana Avenue, Suite 4
Helena, MT 59602
406-490-9750