IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL BURT, TED CALDWELL, FLYING J, RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1–10,<br><br>　　　　Defendants. | CV 23–34–BU–DWM<br><br><br><br>ORDER |

After consenting to the withdrawal of his attorney on April 19, 2024, (*see* Doc. 34), on May 3, 2024, pro se Plaintiff Chad Hill filed a "Motion for Extension," requesting "a pause in the proceedings to all time to fin[d] new representations, if possible[,]" (Doc. 40). Defendants oppose the motion, arguing that Hill chose to proceed pro se and has neither been diligent in "immediately" seeking to retain new counsel under Local Rule 83.(b)(2) nor established good cause to amend the schedule under Federal Rule of Civil Procedure 16. (*See* Docs. 41, 42, and 43.)

Defendants are correct that Hill has not established good cause to amend the schedule and the Court will not stay these proceedings indefinitely, especially

considering that Hill consented to proceeding pro se and waited two weeks to file the instant motion, making no indication that he has been diligent in seeking new representation. As noted in the Scheduling Order dated December 1, 2023, the Court will not continue deadlines "absent compelling reasons," but the parties may stipulate to the extension of any deadlines that precede the motions deadline, which is September 3, 2024. (*See* Doc. 28 at ¶ 1.)

IT IS ORDERED that because Hill does not request an extension of the motions deadline, or any specific deadline, and because he has not established good cause for amending the Scheduling Order, his motion (Doc. 40) is DENIED.

DATED this 17th day of May, 2024.

Donald W. Molloy, District Judge
United States District Court