Jason M. Collins
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jmcollins@garlington.com

Attorneys for Defendant Sheriff David Wendt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURT, TED CALDWELL,<br>FLYING J RANCH, LLP,<br>BEAVERHEAD COUNTY SHERIFF<br>DAVID WENDT, and DOES 1-10,<br><br>Defendants. | CV-23-34-BU-DWM<br><br><br><br>JOINT MOTION FOR<br>STATUS CONFERENCE |

Defendants David Wendt, Paul Burt, Ted Caldwell, and Flying J Ranch,

LLP, by and through their respective undersigned counsel, here jointly move the

Court to hold a status conference in this matter.  Defendant Wendt represents that

Plaintiff was recently arrested for charges of animal cruelty, criminal contempt,

1

criminal production of marijuana in excess of 30 plants, criminal possession of

marijuana, criminal distribution of marijuana, and altering labels on dangerous

drugs.  On information and belief, Plaintiff will be in jail for the foreseeable future

and Defendants did not wish to leave the Court unaware of such a significant

development in this case.

Counsel for Flying J Defendants will be out of town on Friday, July 19,

2024, and requests a telephonic or Zoom appearance if the Court sees fit to hold

the conference on that day.  Counsel for Defendant Wendt would be able to attend

in person or via telephone or Zoom.

DATED this 18th day of July, 2024.

/s/  Jason M. Collins
Attorneys for Defendant Sheriff David Wendt


/s/  Peter B. Ivens
Attorneys for Paul Burt, Ted Caldwell, and Flying
J Ranch, LLP

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, a copy of the foregoing document was

served on the following persons by the following means:

| | |
|---|---|
| _____ | Hand Delivery |
| ___1___ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax (include fax number in address) |
| ___1___ | E-Mail (include email in address) |

1.  Beaverhead County Jail
    Attn: Chad Hill
    2 South Pacific
    Ste. 16
    Dillon, MT 59725
    chad@idahofishingoutfitters.com
      *Plaintiff – Pro Se*

2.  Peter B. Ivins
    Nicholas John Pagnotta
    Williams Law Firm
    P.O. Box 9440
    Missoula MT 59807-9440
    Peter@wmslaw.com
    nick@wmslaw.com
      *Attorneys for Paul Burt, Ted
      Caldwell and Flying J Ranch*

_____Elizabeth McQuirt_____