IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL BURT, TED CALDWELL, FLYING J, RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1–10,<br><br>Defendants. | CV 23–34–BU–DWM<br><br><br><br>ORDER |

Defendants move for a status conference in this matter to address Plaintiff's apparent incarceration. Defendants do not indicate whether Plaintiff has been notified of their request, nor do they explain why Plaintiff cannot continue to litigate his case while in custody. Accordingly,

IT IS ORDERED that Defendants' motion (Doc. 46) is DENIED.

IT IS FURTHER ORDERED that within 14 days of this Order, Plaintiff must update the Court regarding any change of address. Failure to comply may result in dismissal. Fed. R. Civ. P. 41.

DATED this 22nd day of July, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

1