Williams Law Firm, P.C.
Nicholas J. Pagnotta, Esq.
Peter B. Ivins, Esq.
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350
nick@wmslaw.com
peter@wmslaw.com
wlfmail@wmslaw.com
*Attorneys for Paul Burt, Ted Caldwell,
and Flying J Ranch, LLP*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL, <br><br> Plaintiff, <br><br> -vs- <br><br> DAVID WENDT, PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY, and DOES 1-10, <br><br> Defendants. | **CV-23-34-BU-DWM** <br><br> **DEFENDANTS PAUL BURT, TED CALDWELL AND FLYING J RANCH, LLP'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Defendants Paul Burt, Ted

Caldwell, and Flying J Ranch, LLP (collectively "Flying J Defendants") move the

Court for summary judgment on all claims against them. As demonstrated in the

accompanying Brief, Plaintiff Chad Hill's claims fail at the summary judgment stage.

1

DATED this ___7th___ day of __August_, 2024.

_____/s/ Peter B. Ivins_____
Nicholas J. Pagnotta
Peter B. Ivins
*Attorneys for Defendants Paul Burt,*
*Ted Caldwell, and Flying J Ranch, LLP*