Jason M. Collins
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jmcollins@garlington.com

Attorneys for Defendant Sheriff David Wendt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10,<br><br>Defendants. | CV-23-34-BU-DWM<br><br><br>MOTION FOR SUMMARY JUDGMENT |

Defendant David Wendt ("Wendt") hereby moves the Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment in his favor on all claims against him as set forth in Plaintiff's First Amended Complaint and Jury Demand, filed August 16, 2023 (Doc. 4).  The reasoning and grounds for the

Motion are set forth in a supporting brief and other documents: On this same day, Wendt is filing: (1) a Statement of Undisputed Facts, (2) a Brief in Support of Motion for Summary Judgment, and (3) Affidavit of Sheriff David Wendt.

DATED this 13th day of August, 2024.

/s/ Jason M. Collins
Attorneys for Defendant Sheriff David Wendt

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, a copy of the foregoing document was served on the following persons by the following means:

```
_____   Hand Delivery
_____   Mail
_____   Overnight Delivery Service
_____   Fax (include fax number in address)
   1       E-Mail (include email in address)
  1-2      EM/ECF
```

1.  Chad Hill
    P. O. Box 240080
    Dell, MT 59724
    chad@idahofishingoutfitters.com
      Plaintiff – Pro Se

2.  Peter B. Ivins
    Nicholas John Pagnotta
    Williams Law Firm
    P.O. Box 9440
    Missoula MT 59807-9440
    Peter@wmslaw.com
    nick@wmslaw.com
    hilde@wmslaw.com
    ellen@wmslaw.com
      *Attorneys for Paul Burt, Ted Caldwell and Flying J Ranch*

/s/  Jason M. Collins
Attorneys for Defendant Sheriff David Wendt