Jason M. Collins
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jmcollins@garlington.com

Attorneys for Defendant Sheriff David Wendt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURT, TED CALDWELL,<br>FLYING J RANCH, LLP,<br>BEAVERHEAD COUNTY SHERIFF<br>DAVID WENDT, and DOES 1-10,<br><br>Defendants. | CV-23-34-BU-DWM<br><br><br>AFFIDAVIT OF<br>SHERIFF DAVID WENDT |

STATE OF MONTANA )
                 :ss.
County of __Beaverhead__ )

I, David Wendt, being first duly sworn upon oath, deposes and says:

1. I am one of the Defendants in this cause of action and have personal knowledge of the facts stated in this affidavit.

2. I am currently Sheriff in Beaverhead County and have been since January 1, 2022.

3. Before I became Beaverhead County Sheriff, I was a resident deputy of Beaverhead County, which is the position I held when the events alleged in Hill's Complaint occurred.

4. When I accepted the Beaverhead resident deputy position, around April of 2019, I moved to the township of Kidd, Montana where I lived with my brother-in-law Bill Briggs on Kezia Lane, while considering housing options for me and my family.

5. Around early January of 2020 during my patrols, I noticed unusual activity at 215 E. Bailey, which I believed belonged to Joe Richard.

6. From Paul Burt's previous report, I knew of Hill's marijuana growing and decided to contact Devin Keller who was an inspector supervisor with expertise in the licensing and regulation of marijuana and marijuana products at DPHHS, which oversaw marijuana regulation in Montana at the time.

7. The charges against Hill were voluntarily dismissed without prejudice by the State's attorney general office, which took over the prosecution following the severe illness of Jed Fitch, the Beaverhead County Attorney.

DATED this \_\_13\_\_ day of August, 2024.

_____
Sheriff David Wendt

SUBSCRIBED TO AND SWORN TO before me on the 13th day of August, 2024, by Sheriff David Wendt.

K. TOWERY
NOTARY PUBLIC for the
State of Montana
Residing at Dillon, Montana
My Commission Expires
June 5, 2027

_____
Notary Public for the State of Montana

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, a copy of the foregoing document was served on the following persons by the following means:

```
_____   Hand Delivery
_____   Mail
_____   Overnight Delivery Service
_____   Fax (include fax number in address)
   1      E-Mail (include email in address)
  1-2     EM/ECF
```

1.  Chad Hill
    P. O. Box 240080
    Dell, MT 59724
    chad@idahofishingoutfitters.com
      Plaintiff – Pro Se

2.  Peter B. Ivins
    Nicholas John Pagnotta
    Williams Law Firm
    P.O. Box 9440
    Missoula MT 59807-9440
    Peter@wmslaw.com
    nick@wmslaw.com
    hilde@wmslaw.com
    ellen@wmslaw.com
      *Attorneys for Paul Burt, Ted Caldwell and Flying J Ranch*

