Jason M. Collins
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jmcollins@garlington.com

Attorneys for Defendant Sheriff David Wendt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>  Plaintiff,<br><br>v.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10,<br><br>  Defendants. | CV-23-34-BU-DWM<br><br><br>DECLARATION OF ANGELA DANSIE |

1. My name is Angela Dansie and I am more than 18 years of age and under no incapacity. I make the statements in this declaration of my own free will.

2. I was the former owner and sole manager of Blue Ribbon Botanicals, a company which was licensed by the State of Montana to grow marijuana and

located at 91 Kezia Lane in Kidd, Montana.

3. Chad Hill was never an employee of Blue Ribbon Botanicals. Neither I nor Blue Ribbon Botanicals ever paid Chad Hill wages or a salary.

4. Blue Ribbon Botanicals rented a barn from Chad Hill at 91 Kezia Hill and conducted its marijuana grow operation in it. Chad Hill received an "employee" badge so that he could access the facility as he was the landlord, but he was not a paid Blue Ribbon Botanicals employee at any time.

5. I say nothing further in this declaration.

I declare, under penalty of perjury under the laws of the State of Montana, that the foregoing statements are true and correct.

Dillon, MT 7/29/24
Date and Place

[Signature]
Signature

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, a copy of the foregoing document was served on the following persons by the following means:

```
_____   Hand Delivery
_____   Mail
_____   Overnight Delivery Service
_____   Fax (include fax number in address)
   1       E-Mail (include email in address)
  1-2      EM/ECF
```

1. Chad Hill
   P. O. Box 240080
   Dell, MT 59724
   chad@idahofishingoutfitters.com
     Plaintiff – Pro Se

2. Peter B. Ivins
   Nicholas John Pagnotta
   Williams Law Firm
   P.O. Box 9440
   Missoula MT 59807-9440
   Peter@wmslaw.com
   nick@wmslaw.com
   hilde@wmslaw.com
   ellen@wmslaw.com
     *Attorneys for Paul Burt, Ted Caldwell and Flying J Ranch*

