Jason M. Collins
Marti A. Liechty
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
jmcollins@garlington.com
maliechty@garlington.com

Attorneys for Defendant Sheriff David Wendt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10,<br><br>Defendants. | CV-23-34-BU-DWM<br><br><br><br>NOTICE OF APPEARANCE |

  NOTICE is hereby given that Marti A. Liechty, of the firm Garlington, Lohn & Robinson, PLLP, hereby enters her appearance as additional counsel of record for Defendant Sheriff David Wendt.  Please direct future correspondence as

follows:

> Jason M. Collins
> Marti A. Liechty
> GARLINGTON, LOHN & ROBINSON, PLLP
> 350 Ryman Street • P. O. Box 7909
> Missoula, MT  59807-7909
> Phone (406) 523-2500
> Fax (406) 523-2595
> jmcollins@garlington.com
> maliechty@garlington.com

DATED this 19th day of August, 2024.

        Attorneys for Defendant Sheriff David Wendt:

        GARLINGTON, LOHN & ROBINSON, PLLP

        By _____
          Marti A. Liechty