IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL, | CV 23–34–BU–DWM |
| Plaintiff, | ORDER |
| vs. | |
| PAUL BURT, TED CALDWELL, FLYING J RANCH, LLP, BEAVERHEAD COUNTY SHERIFF DAVID WENDT, and DOES 1-10, | |
| Defendants. | |

IT IS ORDERED that:

(1) The Final Pretrial Conference in the above-captioned matter set for October 3, 2024, is VACATED and RESET for October 7, 2024, at 1:30 p.m. at the Russell Smith Courthouse, Missoula, Montana.

(2) Plaintiff Chad Burton Hill must SHOW CAUSE on or before October 2, 2024, why this matter should not be dismissed for failure to comply with a Court Order, (Doc. 28), and failure to prosecute. If the Plaintiff fails to do so, this matter will be dismissed with no further notice to the Plaintiff.

(3)     The Plaintiff's failure to appear at the Final Pretrial Conference will result in dismissal of the above-captioned case for failure to comply with a court order and failure to prosecute. *See* Fed. R. Civ. P. 41(b).

(4)     The Clerk of Court is directed to serve this Order upon Plaintiff Chad Burton Hill at both the email and P.O. Box address provided by Hill in his most recent filing, (*see* Doc. 67).

(5)     The December 1, 2023 Scheduling Order, (Doc. 28), shall remain in full force and effect in all other respects.

DATED this 27th day of September, 2024.

_____
Donald W. Molloy, District Judge
United States District Court