IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| CHAD BURTON HILL,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL BURT, TED CALDWELL,<br>FLYING J RANCH, LLP,<br>BEAVERHEAD COUNTY SHERIFF<br>DAVID WENDT, and DOES 1-10,<br><br>　　　　　　　Defendants. | CV 23-34-BU-DWM<br><br><br>JUDGMENT |

**_____Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**__X__Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of October 1, 2024, (Doc. 86), judgment is entered in favor of the defendants and against the plaintiff.

Dated this 1st day of October, 2024.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman